# U.S. District Court
# EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
# CIVIL DOCKET FOR CASE #: 5:08−hc−02036−FL

Howell v. State of Delaware  
Assigned to: Chief Judge Louise Wood Flanagan  
Cause: 28:1651 Petition for Writ of Habeas Corpus  

Date Filed: 03/12/2008  
Date Terminated: 07/14/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question  

**Petitioner**

**Burt Anderson Howell**    represented by  **Burt Anderson Howell**  
207 Dobbs Drive  
LaGrange, NC 28551  
PRO SE  

V.

**Respondent**

**State of Delaware**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2008 | 1 | PETITION for Writ of Habeas Corpus, filed by Burt Anderson Howell. (Attachments: # 1 Envelope) (Deputy Clerk – GM, ) (Entered: 03/13/2008) |
| 03/12/2008 | 2 | MOTION for Leave to Proceed in forma pauperis by Burt Anderson Howell. (Deputy Clerk – GM, ) (Entered: 03/13/2008) |
| 07/01/2008 | 3 | MOTION to Amend/Correct 1 Petition for Writ of Habeas Corpus by Burt Anderson Howell. (Attachments: # 1 Envelope) (Deputy Clerk – AI, ) (Entered: 07/01/2008) |
| 07/10/2008 | 4 | ORDER granting 3 Motion to Amend/Correct. Petitioner's writ of error coram nobis is DISMISSED without prejudice and it is ORDERED that this action is TRANSFERRED to the US District Court for the District of Delaware for further proceedings on petitioner's 2254 petition. Signed by Chief Judge Louise Wood Flanagan on 7/10/2008. (Deputy Clerk – AI, ) (Entered: 07/10/2008) |