# BURL ANDERSON HOWELL

207 DOBBS DRIVE
LAGRANGE, NC
28551
PHONE: (302) 229-8888

August 4, 2008

Office of theClerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

Re: enclosed *pro se* motion for transfer of case to more convenient forum

Dear Clerk,

    The *pro se* movant appears by this pleading only to contest the jurisdiction of this court before any responsive pleading has been filed and asks that the Clerk file the above-referenced motion, stating that a petition to proceed in forma pauperis was filed in the United States District Court for the Eastern District of North Carolina in 5:08-HC-2036-FL which cause was transferred to and filed in this court on July 23, 2008, and hereby states under penalty of perjury that he is unable to pay the costs of this motion or to defray the expense of any proceedings that may occur in this court on said pleadings.

Very truly yours,

*[signature]*

Burl Anderson Howell
207 Dobbs Drive
LaGrange, NC 28551
Phone (302) 229-8888

FILED
AUG -7 2008
U.S. DISTRICT

Burl Howell
207 Dobbs Dr.
La Grange, NC 28551

KINSTON NC 285
05 AUG 2008 PM 1 T

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570